**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **SUBLETTE COOPERATIVE, INC.,**<br>Hwy 56, P.O. Box 340<br>Sublette, KS 87877-0340,<br>on behalf of itself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>**ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,**<br><br>             **Defendants.** | C<br><br>Case: 1:07-cv-01126<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 6/25/2007<br>Description: Antitrust |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for SUBLETTE COOPERATIVE, INC., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of SUBLETTE COOPERATIVE, INC. that have outstanding securities in the hands of the public:

THERE ARE NONE

3

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 25, 2007

/s/ Benjamin D. Brown
Michael D. Hausfeld (D.D. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: mhausfeld@cmht.com;
bbrown@cmht.com

James C. Dodge
SHARP MCQUEEN, P.A.
207 S. Inman
P.O. Box 935
Sublette, KS 67877
Telephone: (620) 675-2272
Facsimile: (620) 675-2782
Email: jdodge@sharpmcqueen.com

Isaac L. Diel
SHARP MCQUEEN, P.A.
Financial Plaza
6900 College Blvd. - Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931, Ext. 102
Facsimile: (913) 661-9935
Email: idiel@sharpmcqueen.com

*Attorneys for Plaintiff and the Class*