CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUBLETTE COOPERATIVE, INC. ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-1126 (PLF) |
| ) | |
| v. ) | |
| ) | Category   A |
| ASSOCIATION OF AMERICAN ) | |
| RAILROADS ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 3, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1078)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Collyer</u> & Courtroom Deputy
     <u>Judge Friedman</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk ✓