UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUBLETTE COOPERATIVE, INC.<br>Hwy 56 W, P.O. Box 340<br>Sublette, KS  67877-0340,<br><br>      Plaintiff,<br><br>  v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendants. | Civil Action No. 1:07-CV-01126 (PLF) |

**MOTION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Rule 83.2, Plaintiff Sublette Cooperative, Inc., by its undersigned counsel of record, hereby moves for the admission *pro hac vice* of Krishna B. Narine of the Law Office of Krishna B. Narine, P.C.  This motion is based on the Declaration attached herewith, and on such additional materials and authorities as may be submitted hereafter.

  The grounds for this motion are that this attorney is duly qualified and admitted to practice before the Pennsylvania bar, he is particularly qualified by experience in the issues presented in this lawsuit, that his representation will be in conjunction with the undersigned, and that this attorney is the counsel of choice for the Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUBLETTE COOPERATIVE, INC.<br>Hwy 56 W, P.O. Box 340<br>Sublette, KS 67877-0340<br><br>               Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS,<br>BNSF RAILWAY COMPANY, CSX<br>TRANSPORTATION, INC., KANSAS CITY<br>SOUTHERN RAILWAY COMPANY, NORFOLK<br>SOUTHERN RAILWAY COMPANY, AND<br>UNION PACIFIC RAILROAD COMPANY<br><br>               Defendants. | CIVIL ACTION NO.<br>1:07-CV-01126<br>(PLF) |

DECLARATION OF KRISHNA B. NARINE

I, Krishna B. Narine, declare as follows:

1. My full name is Krishna Brian Narine.

2. My office address is Law Office of Krishna B. Narine, P.C., 2600 Philmont Avenue, Huntingdon Valley, PA 19006. My office telephone number is 215-914-2460.

3. I am a member of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: September 18, 2007

Krishna B. Narine

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUBLETTE COOPERATIVE, INC.<br>Hwy 56 W, P.O. Box 340<br>Sublette, KS 67877-0340 | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO.<br>1:07-CV-01126 |
| ASSOCIATION OF AMERICAN RAILROADS,<br>BNSF RAILWAY COMPANY, CSX<br>TRANSPORTATION, INC., KANSAS CITY<br>SOUTHERN RAILWAY COMPANY, NORFOLK<br>SOUTHERN RAILWAY COMPANY, AND<br>UNION PACIFIC RAILROAD COMPANY | : : : : : : : | (PLF) |
| Defendants. | : : | |

### [PROPOSED] ORDER

On this _____ day of September, 2007, it is hereby ORDERED that the Motion for Krishna B. Narine to Appear *Pro Hac Vice* pursuant to Local Rule of Civil Procedure § 83.2 is GRANTED.

_____
U.S.D.J.

**CERTIFICATE OF SERVICE**

      I, Benjamin D. Brown, hereby certify that a true and correct copy of the Motion for Admission Pro Hac Vice; Supporting Declaration; and Proposed Order were served via the Court's ECF system upon all counsel registered for ECF.

Date:  September 18, 2007             /s/ Benjamin D. Brown
                                                           Benjamin D. Brown