UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUBLETTE COOPERATIVE, INC.<br>Hwy 56 W, P.O. Box 340<br>Sublette, KS  67877-0340,<br><br>      **Plaintiff,**<br><br>  v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br><br>      **Defendants.** | Civil Action No. 1:07-CV-01126 (PLF) |

**MOTION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Rule 83.2, Plaintiff Sublette Cooperative, Inc., by its undersigned counsel of record, hereby moves for the admission *pro hac vice* of Krishna B. Narine of the Law Office of Krishna B. Narine, P.C.  This motion is based on the Declaration attached herewith, and on such additional materials and authorities as may be submitted hereafter.

  The grounds for this motion are that this attorney is duly qualified and admitted to practice before the Pennsylvania bar, he is particularly qualified by experience in the issues presented in this lawsuit, that his representation will be in conjunction with the undersigned, and that this attorney is the counsel of choice for the Plaintiff.

2

    A proposed Order granting the motion is attached hereto.

                                                                       Respectfully submitted,

| | |
|---|---|
| | /s/ Benjamin D. Brown |
| Krishna B. Narine | Michael D. Hausfeld (D.C. Bar #153742) |
| LAW OFFICE OF KRISHNA B. NARINE, P.C. | Benjamin D. Brown (D.C. Bar #495836) |
| 2600 Philmont Avenue | COHEN MILSTEIN HAUSFELD |
| Huntingdon Valley, PA  19006 | & TOLL, P.L.L.C. |
| (215) 914-2460 | 1100 New York Avenue, N.W. |
| | Suite 500, West Tower |
| | Washington, D.C. 20005 |
| | (202) 408-4600 |

Date:   September 18, 2007